# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JACQUELYN B. N'JAI, | : | No. 160 WAL 2019 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| CONNIE BENTZ AND GARY BENTZ, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.